IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JUAN ENRIQUE GONZALES,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4604

Opinion filed February 5, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Juan Enrique Gonzales, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.

PER CURIAM.

      Because the circuit court denied petitioner's motion for postconviction relief by an order dated November 3, 2014, the petition for writ of mandamus is dismissed as moot.  See Ward v. State, 770 So. 2d 206 (Fla. 1st DCA 2000) (dismissing a petition

for writ of mandamus as moot where the trial court had ruled on the pleading pending below). We acknowledge petitioner's claim that he did not timely receive a copy of the circuit court's final order and note that petitioner's proper remedy is to file a timely sworn petition seeking belated appeal pursuant to Florida Rule of Appellate Procedure 9.141(c).

OSTERHAUS, KELSEY, and WINOKUR, JJ., CONCUR.